IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

REGAN M. BOUND,

    Plaintiff,

vs.                            Civil Action 2:03-CV-77
                                 Judge Sargus
                                 Magistrate Judge King

GUERNSEY COUNTY JAIL,
et al.,

    Defendants.

### ORDER

On May 27, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendant Sprout's motion to dismiss for failure to make timely service of process be granted and that the motions to dismiss for failure to prosecute, Docs. Nos. 41 and 42, likewise be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Defendant Sprout's motion to dismiss for failure to make timely service of process is **GRANTED**. The motions to dismiss for failure to prosecute, Docs. Nos. 41 and 42, are likewise **GRANTED**. This action is hereby **DISMISSED**.

7-5-2005
Date

Edmund A. Sargus, Jr.
United States District Judge